**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Nelly Garivaldy ABREU VASQUEZ,

*Petitioner,*

v.

Luis SOTO, *Warden*, Delaney Hall Detention Facility;

David VENTURELLA, *in his official capacity as Acting Director*, U.S. Immigration and Customs Enforcement;

Markwayne MULLIN, *in his official capacity as Secretary*. U.S. Department of Homeland Security; and

Todd BLANCHE, *in his official capacity as the Attorney General of the United States;*

*Respondents.*

Civ. No. 26-14477 (SDW)

SO ORDERED this 23rd day of November 20 26

*/s/ Hon. Susan D. Wigenton*

United States District Judge

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Nelly Garivaldy Abreu Vasquez (Alison Brill, AFPD, appearing) and Respondents (Jewell Christian Stewart, AUSA, appearing) hereby stipulate[1] that the above-captioned action be voluntarily dismissed without prejudice. On November 16, 2026, an immigration judge granted Mr. Abreu Vasquez voluntary departure. *See* Ex. 1. So that Respondents

[1] Because Respondents have filed an Answer, the Rule permits the Petitioner to "dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

can effectuate his voluntary departure, the parties move to voluntarily dismiss the habeas petition, lift the restrictions previously ordered, and then close this case.

Dated: November 21, 2026

Respectfully submitted,

Jewell Christian Stewart
Assistant United States Attorney
970 Broad Street
Newark, NJ 07102
(973) 297-2024
Jewell.Stewart@usdoj.gov

Alison Brill
Assistant Federal Public Defender
800 Cooper Street, Suite # 350
Camden, NJ 08102
(609) 489-7457
alison_brill@fd.org

Attorney for Petitioner
Nelly Garivaldy Abreu Vasquez